# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                      **GREENBELT, MARYLAND 20770**
                                                                                                        **301-344-0052**

# M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. Robert Charles Logan*
                 Criminal No. RWT-13-0339

DATE:      February 25, 2014

                                      * * * * * * * * *

       A telephone status conference is hereby **scheduled for February 26, 2014 at 5:45 p.m.** The call shall be initiated by counsel for the government.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                       /s/
                                        Roger W. Titus
                                        United States District Judge